# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLEAO   DUNN, JR.

NO. 2024 KW 0087

**APRIL 4, 2024**

---

In Re:   Cleao Dunn, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 18-CR-403.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT